UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:
DELTA AIR LINES, INC. et al.,                      Chapter 7
                                                                         Case No. 05-17923
                               Debtor.
---------------------------------------------------------------X
DELTA AIR LINES, INC.,
                             Plaintiff,                     Adv. Pro. No. 07-01561
     -against-

THE CITY OF LOS ANGELES and LOS ANGELES
WORLD AIRPORTS,
                               Defendants

---------------------------------------------------------------X

## **ORDER**

       Adversary Proceeding No. 07-01561 was filed on March 2, 2007. On March 30, 2007, a Motion to Withdraw the Reference from the Bankruptcy Court and Transfer Venue to the Central District of California. (the "Withdraw and Transfer Motion") was filed. On October 30, 2007 the District Court denied the Withdraw and Transfer Motion. Accordingly it is hereby

       **ORDERED** that a pretrial conference is scheduled in the above-captioned adversary proceeding for December 11, 2007 at 11:00 a.m.; and it is further

       **ORDERED** that the deadline for defendants to answer or move is December 5, 2007; and it is further

       **ORDERED** that the parties to this adversary proceeding will be prepared to discuss at the December 11 pretrial conference a scheduling order which will provide for future proceedings in the case; and it is further

       **ORDERED** that if a motion to dismiss the adversary proceeding is filed in lieu of an answer, the hearing date on such motion will be December 11, 2007 at 11:00 a.m.

Dated: White Plains, NY
        November 9, 2007
                                                       /s/Adlai S. Hardin, Jr.
                                                              U.S.B.J.